AO 440 (Rev. 8/01)  Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

**IKON OFFICE SOLUTIONS, INC.**

**V.**

**MARTHA SOUTHERLAND and
ABS BUSINESS SYSTEMS, INC.**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

2:05CV 959-D

TO:     ABS Business Systems, Inc.
        C/O Registered Agent:  Thomas W. Morris
        898 Plantation Way
        Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> **Lee H. Zell**
> **BALCH & BINGHAM LLP**
> **1710 Sixth Avenue North**
> **Post Office Box 306 (35201)**
> **Birmingham, Alabama   35203**
> **Telephone: (205) 251-8100**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
_____
CLERK

_Oct. 6, 2005_
_____
DATE

_Christ Bear_
_____
(BY) DEPUTY CLERK

795201.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served:

_____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐    Returned unexecuted: _____

☐    Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

795201.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

**IKON OFFICE SOLUTIONS, INC.**

**V.**

**MARTHA SOUTHERLAND and
ABS BUSINESS SYSTEMS, INC.**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

2: 05CV959-D

TO:    Martha Southerland
1832 Edinburgh Street
Prattville, Alabama   36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> **Lee H. Zell**
> **BALCH & BINGHAM LLP**
> **1710 Sixth Avenue North**
> **Post Office Box 306 (35201)**
> **Birmingham, Alabama   35203**
> **Telephone: (205) 251-8100**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

Oct. 6, 2005

_____
DATE

_____
(BY) DEPUTY CLERK

128518.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served:

_____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐    Returned unexecuted: _____

☐  Other (specify):  _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____     _____
                         Date                                           Signature of Server

                                                    _____
                                                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.