AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1]<br>Jacob Gothring | DATE<br>10/7/05 |
| NAME OF SERVER (PRINT)<br>Jacob Gothring | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __Alexis McGhee__

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on __10/7/05__   _____
               Date                Signature of Server

_7551 Lakeridge Dr. Montgomery, AL 36117_
Address of Server

**RETURNED AND FILED**

OCT - 7 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

795201.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC. | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: 2:05CV959-D |
| MARTHA SOUTHERLAND and ABS BUSINESS SYSTEMS, INC. | |

TO:   ABS Business Systems, Inc.
      C/O Registered Agent: Thomas W. Morris
      898 Plantation Way
      Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

   Lee H. Zell
   BALCH & BINGHAM LLP
   1710 Sixth Avenue North
   Post Office Box 306 (35201)
   Birmingham, Alabama 35203
   Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_             Oct. 6, 2005
CLERK                          DATE

_[signature]_
(BY) DEPUTY CLERK

795201.1