**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF REASSIGNMENT

Re:   Ikon Office Solutions, Inc. v. Southerland, et al.
       Civil Action No. #2:05-cv-00959-ID-CSC

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #2:05-cv-00959-MHT-CSC. This new case number should be used on all future correspondence and pleadings in this action.