IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05CV00959-T |
| | ) | |
| MARTHA SOUTHERLAND, ET AL. | ) | |
| | ) | |
| Defendant | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 12th day of October, 2005.

                                                /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE