**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 5, 2005

# NOTICE STRIKING DOCUMENT

| | |
|---|---|
| **To:** | Roderick K. Nelson<br>Spain & Gillon, L.L.C.<br>2117 Second Avenue, North<br>The Zinser Building<br>Birmingham, AL 35203 |
| **From:** | Clerk's Office |
| **Case Style:** | Ikon Office Solutions, Inc. v. Southerland, et al. |
| **Case Number:** | #2:05-cv-00959-MHT-CSC |
| **Referenced Pleading:** | Document #6<br>Answer to Complaint by ABS Business Systems, Inc.<br>and<br>Document #7<br>Answer to Complaint by Martha Southerland |

**The referenced pleadings were electronically filed on 10/25/2005 and 12/01/2005 in this case and are not in compliance with the local rules and/or administrative procedures of this court.**

**Counsel re-filed electronically on 12/2/2005, Document #9 and #10 Answers, to correct the deficiencies on Document #6 and #7.**

**Therefore, Document #6 and #7 are STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.**