IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05 CV-959-D |
| | ) | |
| MARTHA SOUTHERLAND and | ) | |
| ABS BUSINESS SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## FOR THOMAS T. LODER

Pursuant to Rule 83.1(b) of the Local Rules of this Court, Lee H. Zell, a member of the bar of the Court and one of the attorneys for plaintiff IKON Office Solutions, Inc. ("IKON"), moves the Court to admit Thomas T. Loder *pro hac vice* as additional counsel for IKON.

Mr. Loder, a partner of the law firm of Duane Morris LLP, 30 South 17th Street, Philadelphia, Pennsylvania 19103, is admitted to practice and is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.  Mr. Loder is also admitted to practice, and is a member of goodstanding, in the following federal courts:

a.   United States District Court for the Eastern District of Pennsylvania;

b.   United States District Court for the Middle District of Pennsylvania;

c.   United States District Court for the Western District of Pennsylvania;

d.   United States District Court for the District of New Jersey;

e.   United States Circuit Court of Appeal for the Third Circuit; and

f.   United States Circuit Court of Appeal for the Eleventh Circuit.

PH2\903561 1

A true and correct copy of Mr. Loder's certificate of good standing for the United States District

Court for the Eastern District of Pennsylvania is attached hereto.

The prescribed admission fee will be tendered to the Clerk.


_____
One of the Attorneys for IKON Office Solutions, Inc.


**OF COUNSEL:**

Lee H. Zell ASB-5869-L58L
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
lzell@blach.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via ELECTRONIC FILING SYSTEM on this _16th_ day of December, 2005:

Mr. Roderick K. Nelson
Mr. Jarrod B. Bazemore
Ms. Leslie E. McFall
Spain & Gillon, L.L.C. 2117 2nd Avenue North
Birmingham, AL 35203
rkn@spain-gillon.com

Attorneys for Defendants, ABS Business
Systems, Inc. and Martha Southerland


OF COUNSEL

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

       I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

       DO HEREBY CERTIFY That  Thomas T. Loder , Bar #  43482, was duly admitted to practice in said Court on  February 5, 1987, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania           MICHAEL E. KUNZ
                                           Clerk of Court

on December 12, 2005.                BY _____

                                   Aida Ayala,     Deputy Clerk