IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-959-T |
| | ) |
| MARTHA SOUTHERLAND, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court are the December 19, 2005, motions for admission *pro hac vice* by Shannon Hampton Sutherland (doc. # 13) and Thomas T. Loder (doc. # 14). Upon consideration of the motions and for good cause, it is

ORDERED that the motions for admission to practice before the court *pro hac vice* by Shannon Hampton Sutherland and Thomas T. Loder (docs. # 13 & 14) be and are hereby GRANTED.

Done this 23rd day of December, 2005.

                                             /s/Charles S. Coody
                                     CHARLES S. COODY
                                     CHIEF UNITED STATES MAGISTRATE JUDGE