IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ikon Office Solutions, Inc., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )  CASE NO. 2:05cv0959-MHT |
| | ) |
| Martha Southerland, et al., | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 5) dated October 12, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                         /s/  Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE