# EXHIBIT A

## SUBSIDIARIES OF REGISTRANT

The registrant is IKON Office Solutions, Inc., an Ohio corporation, which has no parent. The following sets forth information with respect to IKON Office Solutions, Inc.'s subsidiaries as of September 30, 3005.

| Subsidiary | % Voting Securities Owned (by whom) | State or other jurisdiction of Incorporation or organization |
|---|---|---|
| IKON Document Services Limited (Ireland) | 100% IKON | Ireland |
| IKON Office Solutions A/S (Denmark) (IOSD) | 100% IKON | Denmark |
|    IKON Office Solutions AB | 100% IOSD | Sweden |
| IKON Office Solutions Group PLC (IOSG) | 100% IKON | United Kingdom |
|    IKON Office Solutions Europe PLC (IOSE) | 100% IOSG | United Kingdom |
|       IKON Office Solutions PLC (IOSPLC) | 100% IOSE | United Kingdom |
|          IKON Capital PLC | 100% IOSPLC | United Kingdom |
|       IKON Office Solutions Holding GmbH (IOSH) | 100% IOSE | Germany |
|          IKON Office Solutions GmbH Hamburg | 100% IOSH | Germany |
|          IKON Office Solutions GmbH Leipzig | 70% IOSH/30% Uwe Paul | Germany |
|          IKON Leasing GmbH | 100% IOSH | Germany |
|       IKON Office Solutions Italia S.r.l. | 100% IOSE | Italy |
|       IKON Office Solutions Netherlands B.V. | 100% IOSE | Netherlands |
|       IKON Office Solutions Spain SLU | 100% IOSE | Spain |
|       IKON Office Solutions, SARL | 100% IOSE | Switzerland |
| IKON Office Solutions West, Inc. | 100% IKON | Delaware |
| INA North America Holdings, Inc. (INA) | 100% IKON | Delaware |
|    IKON Baja, S.A. de C.V. | 99.79%INA/.21% IKON | Mexico |
|    IKON Office Solutions Mexico, S.A. de C.V. | 99.99%INA/0.01% IKON | Mexico |
|    IKON Office Solutions Australia Pty Ltd | 100% INA | Australia |
|    IKON Office Solutions, Inc. (Canada) (IOS-Canada) | 100% INA | Canada |
|       IKON Office Solutions Dublin Limited | 100% IOS-Canada | United Kingdom |
| IKON Funding, Inc. | 100% IKON | Delaware |
| IKON Receivables Funding, Inc. | 100% IKON | Delaware |
| IKON Funding, LLC | 100% IKON | Delaware |
| IKON Funding-1, LLC | 100% IKON | Delaware |
| IKON Funding-2, LLC | 100% IKON | Delaware |
| IKON Funding-3, LLC | 100% IKON | Delaware |
| IKON Conduit Funding, Inc. | 100% IKON | Delaware |
| IKON Funding-4, LLC | 100% IKON | Delaware |
| IKON Funding-5, LLC | 100% IKON | Delaware |
| IKON Receivables-2, LLC (IR-2) | 100% IKON | Delaware |
|    IKON Receivables Funding, LLC | 100% IR-2 | Delaware |
| Pimeau B.V. | 100% IKON | Netherlands |
| IKON Office Solutions (Holdings) France S.A.S. (IOSHF) | 96.62% IKON/ 3.38% PIMEAU | France |
|    IKON Office Solutions France S.A. S. | 100% IOSHF | France |
| Upshur Coals Corporation | 100% IKON | West Virginia |