IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 2:05-cv-00959-WKW-CSC |
| MARTHA SOUTHERLAND and ABS BUSINESS SYSTEMS, INC., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of James W. Hess of Duane Morris LLP on behalf of Plaintiff, IKON Office Solutions, Inc. Thomas T. Loder and Shannon Hampton Sutherland of Duane Morris LLP, along with Lee H. Zell of Balch & Bingham LLP, will continue to represent Plaintiff in this matter.

Respectfully submitted,

___/s/ Shannon Hampton Sutherland_____
One of the Attorneys for Plaintiff
IKON Office Solutions, Inc.

**Of Counsel:**

Lee H. Zell ASB-5869-L58L
BALCH & BINGHAM LLP
1710 6th Avenue North
Birmingham, Alabama 25203
Phone: (205) 251-8100
Telecopy: (205) 226-8798
lzell@balch.com

Thomas T. Loder
ttloder@duanemorris.com
Shannon Hampton Sutherland
shsutherland@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-7396
(215) 979-1246/1104

*Attorneys for Plaintiff
IKON Office Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January, 2006, the foregoing has been served, via Electronic Filing, upon the following counsel of record, via Electronic Filing:

    Mr. Roderick K. Nelson
    Mr. Jarrod Braxton Bazemore
    Ms. Leslie M. Hand
    Spain & Gillon, LLC
    The Zinszer Building
    2117 Second Avenue North
    Birmingham, AL  35203


    /s/ Shannon Hampton Sutherland
    Of Counsel