IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO.2:05-CV-959-WKW |
| | ) |
| MARTHA SOUTHERLAND, *et al.*, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (doc. #19) filed on January 19, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 1st of February, 2006.

                                                        /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE