IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-959-WKW |
| | ) |
| MARTHA SOUTHERLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Joint Motion for Extension of Time filed by the parties on November 22, 2006 (Doc. # 22), it is hereby

ORDERED that the motion is GRANTED to the extent that (a) the deadline for filing dispositive motions is EXTENDED from **November 27, 2006** to **January 11, 2007**; (b) the deadline for Plaintiff's designation of experts is EXTENDED from **November 27, 2006** to **January 11, 2007**; (c) the deadline for Defendants' designation of experts is EXTENDED from **December 26, 2006** to **February 12, 2007**; and (d) the deadline for completing discovery is EXTENDED from **February 9, 2007** to **March 9, 2007**.

DONE this 29th day of November, 2006.

　　　　　　　　　　　　　　　　　　／s／  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE