IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC. | * |
| | * |
| PLAINTIFF, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 2:05CV959-WKW |
| | * |
| MARTHA SOUTHERLAND AND | * |
| ABS BUSINESS SYSTEMS, INC., | * |
| | * |
| DEFENDANTS. | * |

## ORDER

And now, upon consideration of the Alternative Unopposed Motion of Plaintiff IKON Office Solutions, Inc. for Clarification and/or Extension of Expert Report Deadlines, to which Defendants have consented and joined in, it is hereby ORDERED that Plaintiff IKON Office Solutions, Inc.'s expert report deadline is clarified and/or extended to be February 14, 2007 and Defendants' expert report deadline correspondingly extended to February 21, 2007.

By the Court:

_____
William Keith Watkins, J.

DM1\737884.2