IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-959-WKW |
| ) | |
| MARTHA SOUTHERLAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Unopposed Motion for Clarification and/or Extension of Expert Report Deadlines filed on January 11, 2007 (Doc. # 26), it is hereby ORDERED that:

1. The motion for clarification is GRANTED. The court hereby CLARIFIES that the Order entered on November 29, 2006 (Doc. # 23),[1] merely amended the dates in Section 8 of the Uniform Scheduling Order entered on March 20, 2006 (Doc. # 21 at 2).[2]

2. The motion for extension is GRANTED. The plaintiff shall comply with the dictates of Section 8 of the Uniform Scheduling Order (Doc. # 21) on or before **February 14,**

---

[1] This Order provided, in pertinent part: "[T]he deadline for Plaintiffs' designation of experts is EXTENDED from November 27, 2006 to January 11, 2007." (Doc. # 23.)

[2] Section 8 of the Uniform Scheduling Order provides:

The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:
   From the plaintiff(s) – **November 27, 2006.**
   From the defendant(s) – **December 26, 2006.**
The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.

(Doc. # 21.)

**2007**, and the defendants shall comply with the dictates of Section 8 of the Uniform Scheduling Order (Doc. # 21) on or before **February 21, 2007.**

DONE this 16th day of January, 2007.

                                                /s/  W.  Keith Watkins  
                                         UNITED STATES DISTRICT JUDGE