**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

IKON OFFICE SOLUTIONS, INC.,     *

          *

       PLAINTIFF,     *

          *

v.     *     CIVIL ACTION NO.  2:05CV959-WKW

          *

MARTHA SOUTHERLAND and     *

ABS BUSINESS SYSTEMS, INC.,     *

          *

       DEFENDANTS.     *

## ORDER

And now, upon consideration of Defendants' Motion for Entry of Revised Scheduling Order and to Continue Trial Date ("Defendants' Motion"), Plaintiff's Opposition thereto, and any argument thereon,

It is hereby ORDERED that Defendants' Motion is DENIED.

By the Court:

_____

William Keith Watkins, J.

DM1\744344.1