**EXHIBIT "A"**
**CONFIDENTIALITY AGREEMENT**

I, the undersigned, do hereby acknowledge that I have read the Agreed Protective and Confidentiality Order agreed upon between the parties and/or entered by the Court in the action of IKON Office Solutions, Inc. v. ABS Business Systems, Inc. and Martha Southerland and hereby covenant, warrant and agree: (1) to abide in full by its terms regarding the confidentiality of the documents and information marked and/or designated CONFIDENTIAL or CONFIDENTIAL FOR ATTORNEYS' EYES ONLY, as those terms are defined in the Agreed Protective and Confidentiality Order, a copy of which I have been provided contemporaneously herewith, and that I will not disclose or cause to be disclosed such CONFIDENTIAL or CONFIDENTIAL FOR ATTORNEYS' EYES ONLY documents or information to any person not permitted to receive or otherwise access such information under the Agreed Protective and Confidentiality Order, (2) that such documents and information marked and/or designated CONFIDENTIAL or CONFIDENTIAL FOR ATTORNEYS' EYES ONLY must be used only for purposes necessary for the litigation of the claims between and among the parties to the action of IKON Office Solutions, Inc. v. ABS Business Systems, Inc. and Martha Southerland, and not for any other purpose, whether business or otherwise, and (3) that I will return all documents and information marked and/or designated CONFIDENTIAL or CONFIDENTIAL FOR ATTORNEYS' EYES ONLY that I receive upon my having served the purpose that caused me to receive the confidential documents and/or information in accordance with the provisions of the Agreed Protective and Confidentiality Order.

DATED: _____        Printed Name _____

                                Signature _____