IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC.* | * * * | |
| PLAINTIFF, | | |
| VS. | * * | CIVIL ACTION NO. 2:05CV959-D |
| MARTHA SOUTHERLAND AND * ABS BUSINESS SYSTEMS, INC. | * * | |
| DEFENDANTS. | * | |

## NOTICE OF APPEARANCE

COMES NOW Steve R. Burford of the law firm of Spain & Gillon, L.L.C., and gives notice that he will be co-counsel with Roderick K. Nelson representing Martha Southerland and ABS Business Systems, Inc., in the above captioned matter and requests that he be copied with all notices and pleadings.

Respectfully submitted,

SPAIN & GILLON, LLC

Steve R. Burford
Attorney for Defendant

OF COUNSEL:
SPAIN & GILLON, LLC
The Zinszer Building
2117 2nd Avenue North
Birmingham, AL 35203
Tel: 205-581-6240
Fax: 205-324-8866

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by:

(_) hand delivery;
(_) facsimile transmission;
(X) U.S. mail, first class; or
(_) other

and addressed as follows this 29 day of January, 2007:

Lee H. Zell
BALCH & BINGHAM LLP
1710 6th Avenue North
Birmingham, AL 35203

Thomas T. Loder
James W. Hess
DUANE, MORRIS, LLP
One Liberty Place
Philadelphia, PA 19103-7396

_____
OF COUNSEL