IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-959-WKW |
| | ) | |
| MARTHA SOUTHERLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion for Entry of Revised Scheduling Order and to Continue Trial Date filed by the defendants (Doc. # 31), and the plaintiff's response in opposition thereto (Doc. # 33), it is hereby

ORDERED that the motion is DENIED.

DONE this 2nd day of February, 2007.

                                             /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE