### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | * | |
| | * | |
|    PLAINTIFF, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:05CV959-WKW |
| | * | |
| MARTHA SOUTHERLAND and | * | |
| ABS BUSINESS SYSTEMS, INC., | * | |
| | * | |
|    DEFENDANTS. | * | |

## ORDER

And now, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion for Extension of Deposition Designation Deadline, any opposition thereto, and any argument thereon,

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

It is further ORDERED that that the deadlines set forth in Section 10 of the Court's March 20, 2006 Uniform Scheduling Order shall be modified as follows from February 14, 2007 to:

    (a)    For all depositions completed by February 22, 2007: March 9, 2007;

    (b)    For all depositions completed between February 23, 2007 and March 9, 2007: one week after the deposition.

By the Court:

_____
William Keith Watkins, J.