IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 2:05-cv-959-WKW |
| | ) |
| MARTHA SOUTHERLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Ikon Office Solutions' Motion for Extension of Deposition Designation Deadline (Doc. # 38), it is ORDERED that the motion is GRANTED. The scheduling order in this case (Doc. # 21) is AMENDED as follows:

**SECTION 10. On or before March 16, 2007,** the parties shall, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, identify any part of a deposition or other document that a party expects to use at trial. Adverse parties shall by **March 20, 2007** identify any responsive parts of depositions expected to be used, and a party shall by **March 23, 2007** designate any part which is desired as a rebuttal thereto. Unless specifically agreed between the parties or allowed by the Court for good cause shown, the parties shall be precluded from using any part of a deposition or other document not so listed, with the exception of parts of depositions or documents to be used solely for the purpose of impeachment. Except to the extent written objections are served and filed **by March 23, 2007**, each party shall be deemed to have agreed that one of the conditions for admissibility under Rule 32 of the Federal Rules of Civil Procedure is satisfied with respect to any such deposition and that there is no objection to the testimony so designated.

DONE this the 14th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE