IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-959-WKW |
| | ) | |
| MARTHA SOUTHERLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the pretrial hearing set on February 23, 2007, at 10:30 a.m., is rescheduled to February 23, 2007, **at 1:45 p.m.**

DONE this the 16th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE