IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.  2:05CV959-WKW |
| | * | |
| MARTHA SOUTHERLAND and | * | |
| ABS BUSINESS SYSTEMS, INC., | * | |
| | * | |
| DEFENDANTS. | * | |

## ORDER

And now, this _____ day of _____, 2007, upon consideration of the Motion of Plaintiff IKON Office Solutions, Inc. to Compel Defendant Martha Southerland to Provide Handwriting Exemplar, any opposition thereto, and any argument thereon,

It is hereby ORDERED that Plaintiff's Motion is GRANTED.

It is further ORDERED that Martha Southerland shall provide handwriting exemplars, including 15-20 specimen handwritten repetitions of the customer representative's name at issue, and 15-20 normal course of business cursive handwritings of Martha Southerland (as identified in the report of Richard A. Roper, PhD), in person before Dr. Roper and/or Plaintiff's counsel on February 21, 22, or 23, 2007 at a mutually agreeable time and location.

By the Court:

_____
William Keith Watkins, J.

DM1\753978.1