# EXHIBIT "A"

# RICHARD A. ROPER, PH.D.
EXAMINER OF QUESTIONED DOCUMENTS
7956 VAUGHN ROAD, BOX 141
MONTGOMERY, ALABAMA 36116
Tel 334-356-7856
Fax 334-260-7929

February 13, 2007

# REPORT OF DOCUMENTS EXAMINATIONS

RE:   IKON OFFICE SOLUTIONS, INC. VS MARTHA SOUTHERLAND AND
      ABS BUSINESS SYSTEMS

REQUESTOR:   SHANNON HAMPTON SUTHERLAND, ATTORNEY AT LAW
             DUANE MORRIS, LLP
             30 SOUTH 17TH STREET
             PHILADELPHIA, PA 19103-4196

SERVICE REQUESTED:   SIGNATURE EXAMINATIONS & COMPARISONS

DOCUMENTS RECEIVED FOR EXAMINATION:

Received for examination were machine copies of documents related to transactions between IKON Business Solutions and H[omitted] C [omitted]ided were documents identified to bear questioned signatures of [omitted] and documents identified to bear known signatures. The documents in the submission are bates stamped with an "IKON000XXX" item number for reference and identification. These numbers are used in the following descriptions of the questioned and known writings:

QUESTIONED SIGNATURES:

IKON000639 (Q-1):   A copy of a Maintenance Services / Professional Services Agreement form dated June 18, 2004 bearing a questioned C. [name of customer rep omitted]: customer signature. The document also bears an M. Southerland sales signature.

Attorney's Note: Customer Name and Customer Representative's Name omitted where indicated for confidentiality and privacy reasons

PAGE THREE
REPORT OF DOCUMENT EXAMINATIONS
IKON OFFICE SOLUTIONS, INC. VS MARTHA SOUTHERLAND AND ABS BUSINESS SYSTEMS
FEBRUARY 13, 2007

C. The known [omitted] signatures are very abbreviated in form, resembling initials. The 23 known signatures have a rather narrow range of variation in that they are very repetitive in form, appearance, and speed of execution.

D. The known Martha Southerland signatures show moderate variation in execution, varying from rounded to quite angular in movement. There is moderate variation in letter forms, especially the letters *M*, *th*, and *a* in Martha and the letters *S*, *er*, and *land* in the name Southerland.

E. Comparisons of the questioned [omitted] signatures to the known [omitted] signatures revealed fundamental differences, not just in the style of writing, but in the basic movements involved in the act of writing. The known signatures tend to very robust and rapid in one continuous movement, while the questioned signatures, though rapid, are more conventional in pen movement and connecting strokes.

F. The differences were sufficient to determine that the four questioned signatures were not written by the [omitted] writer.

G. Comparisons of the questioned signatures to the known Martha Southerland signatures were inconclusive due to the limited comparability of the *Martha Southerland* name to the [omitted] name. However, there were certain prominent handwriting features seen in common between the two sets of writings, such as the letter *S* in IKON00640 and 00643/44, as well as the *an* letter combination in IKON00639, 00640, and 00643/44 which preclude elimination of the Martha Southerland writer as possible writer.

COMMENTS:

1. In order to render a final opinion, additional known writings of Martha Southerland should be submitted, as well as the original questioned signatures, if available. These writings should include numerous handwritten repetitions of the [omitted] name and some normal course of business cursive handwritings of Martha Southerland. In specimen (dictated) handwriting, 15 to 20 repetitions are commonly requested in order to obtain a reasonable sample of the writer's range of variation.

2. Several demonstrative charts are attached to this report in order to illustrate the described findings.

Richard A. Roper, Ph.D.

PAGE TWO
REPORT OF DOCUMENT EXAMINATIONS
IKON OFFICE SOLUTIONS, INC. VS MARTHA SOUTHERLAND AND ABS BUSINESS SYSTEMS
FEBRUARY 13, 2007

IKON000640 (Q-2):   A copy of a Maintenance Services / Professional Services Agreement - Exhibit A form bearing a [omitted] signature.

IKON000642 (Q-3):   A copy of a Maintenance Services / Professional Services Agreement form dated June 18, 2004 bearing a questioned C. [name omitted] customer signature. The document also bears an M. Southerland sales signature.

IKON000643 (Q-4):   A copy of a Maintenance Services / Professional Services Agreement - Exhibit A form bearing a C. omitted signature. There is a duplicate copy of this document included as IKON000644.

**KNOWN SIGNATURES:**

K-1.   Twenty three pages of documents identified to bear known signatures of [omitted] [omitted] These signatures are located on pages IKON00631, 00661 - 00667, 000669, 00670, 00672, 00675, 00677, 00679, 00681, 00683, 00685, 00689, 00691, 00693, 00695, 00697, and 00699.

K-2.   Seven pages of documents identified to bear known signatures of Martha Southerland. These signatures are located on pages IKON00006, 00614, 00615, 00628, 00639, 00645, and 00659. The initials *MS* are located on pages IKON00002, 00003, 00004, and 00005.

**EXAMINATIONS:**

A.   Overall, the questioned [omitted] signatures appear to be smoothly and rapidly written, with none of the features of simulation or tracing. Such features may include tremor, heavy / even pen pressure, unusual pen lifts or pauses, patching of the written line, retracing of the line, and unusual letter construction. Often, a simulation signature will appear to be a drawing, rather than a rapidly and rhythmically executed signature.

B.   The signatures of IKON00639, and IKON00642 are similar in stroke pattern to each other. The IKON00640 signature is somewhat intermediate between these signatures and the IKON00643/44 signature. The letter *S* in the IKON00643/44 signature is more conventionally formed than the other three signatures in which the *S* somewhat resembles a figure "8".



Chart of known OMITTED signatures showing consistency of handwriting features



Comparison chart of known Charles Stanton signatures to the questioned Charles Stanton signatures. Note that the upper curve of the "C" in IKON00642 appears to be composed of 2 strokes. The blue arrow indicates a similar feature; the red arrows indicate dissimilar featrues



Comparison chart of the questioned C. Stanton signatures and known Martha Southerland signatures



Illustrated chart of the questioned C. Stanton signatures and the Martha Southerland known signatures.