IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IKON OFFICE SOLUTIONS, INC.,    )
            )
    Plaintiff,         )
            )
v.               )    CIVIL ACTION NO.  2:05cv959-WKW
            )
MARTHA SOUTHERLAND, *et al*,    )
            )
    Defendants.      )

**ORDER**

Now pending before the court is the plaintiff's motion to compel defendant Southerland to provide a handwriting exemplar (doc. # 42).  This case is set for a pretrial conference on February 23, 2007, and trial on March 26, 2007.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that on or before **5:00 p.m. on February 22, 2007**, the defendant shall file a response to the motion to compel.  It is further

ORDERED that oral argument on the motion to compel be and is hereby set for February 23, 2007, at 2:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 21st day of February, 2007.

_____
/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE