IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv959-WKW |
| | ) |
| MARTHA SOUTHERLAND, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to compel defendant Southerland to provide a handwriting exemplar (doc. # 42). Oral argument on the motion is presently set for 2:30 p.m. on February 23, 2007. The parties have now informed the court that they have reached an amicable settlement of all issues in this case. Accordingly, it is

ORDERED that oral argument on the motion to compel be and is hereby CANCELED and the motion to compel (doc. # 42) be and is hereby DENIED as moot.

Done this 23rd day of February, 2007.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE