IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-959-WKW |
| | ) | |
| MARTHA SOUTHERLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court has been notified that the parties have settled this case.  It is hereby ORDERED

that the parties shall file their joint stipulation of dismissal on or before March 26, 2007.

DONE this 26th day of February, 2007.


                              /s/   W.  Keith Watkins
                         UNITED STATES DISTRICT JUDGE