IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-959-WKW |
| | ) |
| MARTHA SOUTHERLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that, with the exception of the February 26, 2007 Order (Doc. # 46) establishing March 26, 2007, as the deadline for the parties to file their joint stipulation of dismissal, all dates and deadlines in this case, including the trial date, are CONTINUED generally.

DONE this 6th day of March, 2007.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE