**THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.  2:05CV959-WKW |
| | * | |
| MARTHA SOUTHERLAND and | * | |
| ABS BUSINESS SYSTEMS, INC., | * | |
| | * | |
| DEFENDANTS. | * | |

**AGREED ORDER**

WHEREFORE, upon consideration of the restrictions and terms set forth below to which the parties, IKON Office Solutions, Inc. ("IKON"), on one hand, and Martha Southerland ("Southerland"), ABS Business Systems, Inc., ABS Business Systems of Montgomery, Inc. (ABS Business Systems, Inc., ABS Business Systems of Montgomery, Inc. are referred to hereinafter collectively as "ABS"), and Hartford Insurance Company (Southerland, ABS, and Hartford Insurance Company are referred to hereinafter collectively as the "ABS Parties"), on the other hand, have agreed, the pleadings and submissions of record, and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED AND DECREED THAT:

1.     Within thirty (30) business days of the execution of the parties' confidential Settlement Agreement and Release, a copy of which is not attached hereto for reasons of confidentiality, but the terms of which are incorporated herein by reference, the ABS Parties, jointly and severally, shall pay to IKON the amount set forth in the Settlement Agreement and Release;

2.      Southerland's conduct with respect to the companies, firms, agencies and entities identified in Exhibit "B" to the Settlement Agreement and Release shall be governed by the terms of the Settlement Agreement and Release;

3.      ABS' conduct with respect to the companies, firms, agencies and entities identified in Exhibit "C" to the Settlement Agreement and Release shall be governed by the terms of the Settlement Agreement and Release;

4.      Southerland's conduct with respect to IKON's confidential, proprietary, and trade secret information shall be governed by the terms of the Settlement Agreement and Release;

5.      ABS' and Southerland's conduct with respect to IKON's employees shall be governed by the terms of the Settlement Agreement and Release;

6.      By agreement of the parties, no bond shall be required in support of the injunctive relief described by Paragraphs 2, 3, 4, and 5 of this Order;

7.      The parties shall each pay their own costs, fees, and expenses incurred prior to the entry of this Order;

8.      The Court approves the parties' agreement that exclusive jurisdiction over any and all disputes arising under or concerning this Order, or otherwise concerning the terms of the parties' separate confidential Settlement Agreement and Release, including, but not limited to, any action to enforce the terms thereof, shall be conferred in and upon this Court in the above-captioned United States District Court proceeding.  Accordingly, any further action, filings, or proceedings concerning enforcement or adjudication of the terms of this Order or the Settlement Agreement and Release between IKON and the ABS Parties shall be filed in this Court as a related matter to the above-captioned proceeding;

2

9.      This Order is in no way intended to limit, or does limit, the terms of the parties' confidential Settlement Agreement and Release, which shall remain in full force and effect;

10.     In accordance with the terms hereof, and the agreement of the parties to the terms of the Settlement Agreement and Release referenced herein, this matter shall be dismissed with prejudice against Defendants Martha Southerland and ABS Business Systems, Inc.

IT IS SO ORDERED:

_____
W. Keith Watkins
United States District Judge

AGREED AS TO FORM:

For:   IKON Office Solutions, Inc.

For:   ABS Business Systems, Inc.
        ABS Business Systems of Montgomery, Inc.
        Martha Southerland
        Hartford Insurance Company

By:   /s/ Shannon Hampton Sutherland
       Thomas T. Loder, Esquire
       ttloder@duanemorris.com
       Shannon Hampton Sutherland, Esquire
       shsutherland@duanemorris.com
       DUANE MORRIS LLP
       30 South 17th Street
       Philadelphia, PA  19103
       Phone:  (215) 979-1246/1104
       Fax:  (215) 979-1020

By:  Steve R. Burford
      Roderick K. Nelson
      rkn@spain-gillon.com
      Leslie M. Hand
      lmh@spain-gillon.com
      Steve R. Burford
      srb@spain-gillon.com
      Jarrod Braxton Bazemore
      jbb@spain-gillon.com
      SPAIN & GILLON, LLC
      The Zinszer Building
      2117 Second Avenue North
      Birmingham, AL  35203
      Phone:  (205) 328-4100
      Fax:  (205) 324-8866