IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-959-WKW |
| | ) | |
| MARTHA SOUTHERLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

The parties having filed an Agreed Order (Doc. # 48) and the court having construed the same as a joint stipulation for dismissal under Rule 41 (a)(1) of the Federal Rules of Civil Procedure, this action is DISMISSED with prejudice. Each party is to bear her or its own costs.

DONE this 27th day of March, 2007.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE